No. 14,567.

## WALL ET AL. *v.* BAGBY.

SUPREME COURT. — *Assignment of Error.*—*Joint Assignment.*—*Practice.*— Where several appellants join in an assignment of error they will fail unless the errors are well assigned as to all who unite in the assignment.

SAME.—*Bill of Exceptions.*—*Evidence.*—*Question not Presented.*—Where it is not shown that the bill of exceptions contains all the evidence given in the cause, no question is presented upon a ruling denying a new trial.

From the Jay Circuit Court.

*C. Corwin* and *J. M. Smith,* for appellants.

*D. T. Taylor* and *R. H. Hartford,* for appellee.

ELLIOTT, J.—The appellee insists that as the appellants join in their assignment of errors they must fail unless the errors alleged are well assigned as to both, and under the settled rule it is our duty to sustain this contention, for the errors are not well assigned as to all who unite in the assignment. It is a rule of practice, essential to the orderly administration of the law, that all who join in a motion or pleading must show a right to the relief demanded. The rule applies to complaints, answers, demurrers, motions for new trials, and other matters of procedure. Again and again it has been applied to assignments of error. *Hanshew* v. *State, ex rel.,* 113 Ind. 261 ; *Walker* v. *Hill,* 111 Ind. 223 ; *Orton* v. *Tilden,* 110 Ind. 131 ; *Hochstedler* v. *Hochstedler,* 108 Ind. 506 ; *Tucker* v. *Conrad,* 103 Ind. 349 ; *Hinkle* v. *Shelley,* 100 Ind. 88.

No question is presented upon the ruling denying a new trial, for the reason that it is not shown, in any form, that the bill of exceptions contains all the evidence given in the cause.

Judgment affirmed.

Filed Dec. 18, 1890.